# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-13474-MDC

TOBIAS B SCHOENWANDT
A. CHRISTINE GIORDANO

1120 N. WOODBINE AVE
PENN VALLEY, PA 19072

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TOBIAS B SCHOENWANDT
    A. CHRISTINE GIORDANO

    1120 N. WOODBINE AVE
    PENN VALLEY, PA 19072


Counsel for debtor(s), by electronic notice only.

    STEPHEN J. ROSS ESQ
    SECURITY TRUST CO BUILDING
    152 E. HIGH ST   STE 100
    POTTSTOWN, PA 19464-

                                         /S/ William C. Miller

Date: 7/15/2016                                 _____

                                             William C. Miller, Esquire
                                           Chapter 13 Standing Trustee