## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: | : Bankruptcy No. 12-13474 MDC |
|    Tobias B. Schoenwandt and A. Christine | : Chapter 13 |
|    Giordano *aka* A Christine Schoenwandt | : |
|  | : |
|  | : |
| Deutsche Bank National Trust Company, as | : |
| trustee, on behalf of the holders of the | : |
| WaMu Mortgage Pass-Through Certificates, | : |
| Series 2005-AR13 c/o Select Portfolio | : |
| Servicing, Inc. | : |
|  | : |
|        Movant | : |
|  | : |
|     vs. | : |
|  | : |
| Tobias B. Schoenwandt and A. Christine | : |
| Giordano *aka* A Christine Schoenwandt | : |
|       Debtors/Respondents | : |
|  | : |
|    and | : |
|  | : |
| William C. Miller, Esquire | : |
|      Trustee/Respondent | : |

### CERTIFICATION OF SERVICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Danielle Boyle-Ebersole, attorney for the Movant, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 c/o Select Portfolio Servicing, Inc. hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **March 31, 2017** upon the following:

Stephen J. Ross, Esquire
Via ECF
*Attorney for Debtors*

William C. Miller, Esquire
Via ECF
*Trustee*

Tobias B. Schoenwandt
1120 N. Woodbine Ave
Penn Valley, PA 19072
Via First Class Mail
*Debtor*

A. Christine Giordano
1120 N. Woodbine Ave
Penn Valley, PA 19072
Via First Class Mail
*Debtor*

Dated: 3/31/2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121