# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 12-13474 MDC |
|    Tobias B. Schoenwandt and A. Christine | : Chapter 13 |
|    Giordano aka A Christine Schoenwandt | : |
|                   Debtors | |
| | : |
| Deutsche Bank National Trust Company, as | : |
| trustee, on behalf of the holders of the WaMu | : |
| Mortgage Pass-Through Certificates, Series | |
| 2005-ARl3 c/o Select Portfolio Servicing, | |
| Inc. | |
| | : |
|                Movant | : |
| | : |
|               vs. | : |
| | : |
| Tobias B. Schoenwandt and A. Christine | : |
| Giordano aka A Christine Schoenwandt | : |
|                Debtors/Respondents | : |
| | : |
|              and | : |
| | |
| William C. Miller, Esquire | |
|               Trustee/Respondent | |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM STAY

     I, Danielle Boyle-Ebersole, counsel for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-ARl 3 c/o Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

     WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: April 26, 2017

                                                              /s/Danielle Boyle-Ebersole, Esquire
                                                             Danielle Boyle-Ebersole, Esquire
                                                             Hladik, Onorato & Federman, LLP
                                                             298 Wissahickon Avenue
                                                             North Wales, PA 19454
                                                             Phone 215-855-9521
                                                             Fax 215-855-9121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  Tobias B. Schoenwandt and A. Christine Giordano aka A Christine Schoenwandt<br>  Debtors | : Bankruptcy No. 12-13474 MDC<br>: Chapter 13<br>:<br>: |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-ARl3 c/o Select Portfolio Servicing, Inc. | :<br>:<br>:<br>: |
| Movant | : |
| vs. | : |
| Tobias B. Schoenwandt and A. Christine Giordano aka A Christine Schoenwandt<br>  Debtors/Respondents | :<br>:<br>: |
| and | : |
| William C. Miller, Esquire<br>  Trustee/Respondent | :<br>: |

## CERTIFICATION OF SERVICE

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer or Response to Motion for Relief, on the parties at the addresses below on April 26, 2017, by Electronic Notification and/or First Class Mail, as noted below:

Stephen J. Ross
Via Electronic Filing,
allen@dubrofflawllc.com
*Attorney for Debtors*

William C. Miller, Esquire
Via ECF,
*Trustee*

Tobias B. Schoenwandt
1120 N. Woodbine Ave
Penn Valley, PA 19072
Via First Class Mail
*Debtor*

Christine Giordano
1120 N. Woodbine Ave
Penn Valley, PA 19072
Via First Class Mail
*Debtor*

Dated:  April 26, 2017

<u>/s/Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121
