## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tobias B. Schoenwandt and A. Christine Giordano *aka* A Christine Schoenwandt | : Bankruptcy No. 12-13474 MDC<br>: Chapter 13<br>:<br>: |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 c/o Select Portfolio Servicing, Inc.<br>              Movant<br>    vs.<br>Tobias B. Schoenwandt and A. Christine Giordano *aka* A Christine Schoenwandt<br>              Debtors/Respondents<br>    and<br>William C. Miller, Esquire<br>              Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

AND NOW, upon the Motion of Movant, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 c/o Select Portfolio Servicing, Inc. it is hereby:

ORDERED THAT: the Motion is granted as to Movant and its successors, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 26 42nd Street, Unit 202, Sea Isle City, NJ 08243.

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge

4/27/17