United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tobias B. Schoenwandt
A. Christine Giordano
      Debtors

Case No. 12-13474-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 28, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db/jdb         +Tobias B. Schoenwandt,    A. Christine Giordano,    1120 N. Woodbine Ave,    Penn Valley, PA 19072-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2005-AR13 agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
         DAVID H. LIPOW    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         STEPHEN J ROSS    on behalf of Joint Debtor A. Christine  Giordano CourtNotices@SJR-Law.com
         STEPHEN J ROSS    on behalf of Plaintiff Tobias B. Schoenwandt CourtNotices@SJR-Law.com
         STEPHEN J ROSS    on behalf of Plaintiff Christine  Giordano CourtNotices@SJR-Law.com
         STEPHEN J ROSS    on behalf of Debtor Tobias B. Schoenwandt CourtNotices@SJR-Law.com
         STEPHEN M HLADIK    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 shladik@hoflawgroup.com, debersole@hoflawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                  TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   Tobias B. Schoenwandt and A. Christine Giordano *aka* A Christine Schoenwandt | : Bankruptcy No. 12-13474 MDC<br>: Chapter 13<br>: |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 c/o Select Portfolio Servicing, Inc.<br>              Movant | : |
| vs. | : |
| Tobias B. Schoenwandt and A. Christine Giordano *aka* A Christine Schoenwandt<br>          Debtors/Respondents | : |
| and | : |
| William C. Miller, Esquire<br>         Trustee/Respondent | : |

## ORDER

AND NOW, upon the Motion of Movant, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 c/o Select Portfolio Servicing, Inc. it is hereby:

ORDERED THAT: the Motion is granted as to Movant and its successors, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 26 42nd Street, Unit 202, Sea Isle City, NJ 08243.

*Magdeline D. C——*
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge                    4/27/16