IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Tobias B. Schoenwandt and A. Christine Giordano aka A, Christine Schoenwandt,<br>　　　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>12-13474/MDC |
| JPMorgan Chase Bank, National Association,<br>　　　　Movant,<br>v.<br>Tobias B. Schoenwandt and A. Christine Giordano aka A, Christine Schoenwandt,<br>　　　　Debtors,<br><br>William C. Miller, Trustee,<br>　　Additional Respondent. | 11 U.S.C. § 362 |

## O R D E R

AND NOW, this ___8ᵗʰ___ day of ___June___, 2017, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1120 North Woodbine Avenue, Narberth, PA 19072; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.


BY THE COURT:


_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE