United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tobias B. Schoenwandt
A. Christine Giordano
    Debtors

Case No. 12-13474-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 12, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
db/jdb       +Tobias B. Schoenwandt,  A. Christine Giordano,   1120 N. Woodbine Ave,
                Penn Valley, PA 19072-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
       ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2005-AR13 agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
       CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com
       DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
       DAVID H. LIPOW    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
       STEPHEN J ROSS    on behalf of Joint Debtor A. Christine  Giordano CourtNotices@SJR-Law.com
       STEPHEN J ROSS    on behalf of Plaintiff Tobias B. Schoenwandt CourtNotices@SJR-Law.com
       STEPHEN J ROSS    on behalf of Plaintiff Christine  Giordano CourtNotices@SJR-Law.com
       STEPHEN J ROSS    on behalf of Debtor Tobias B. Schoenwandt CourtNotices@SJR-Law.com
       STEPHEN M HLADIK    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 shladik@hoflawgroup.com, debersole@hoflawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                    TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Tobias B. Schoenwandt and A. Christine Giordano aka A, Christine Schoenwandt,<br>Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>12-13474/MDC |
| JPMorgan Chase Bank, National Association,<br>Movant,<br>v.<br>Tobias B. Schoenwandt and A. Christine Giordano aka A, Christine Schoenwandt,<br>Debtors,<br><br>William C. Miller, Trustee,<br>Additional Respondent. | 11 U.S.C. § 362 |

## ORDER

AND NOW, this __8th__ day of __June__, 2017, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1120 North Woodbine Avenue, Narberth, PA 19072; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE