Certificate Number: 05781-PAE-DE-029509459

Bankruptcy Case Number: 12-13474



05781-PAE-DE-029509459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2017, at 6:52 o'clock AM PDT, Agatha Giordano completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 30, 2017

By:     /s/Allison M Geving

Name:   Allison M Geving

Title:  President