United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tobias B. Schoenwandt
A. Christine Giordano
      Debtors

Case No. 12-13474-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 07, 2017
Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.
db/jdb     +Tobias B. Schoenwandt,    A. Christine Giordano,    1120 N. Woodbine Ave,
       Penn Valley, PA 19072-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:
      ANDREW F GORNALL     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2005-AR13 agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS     on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      CHRISTOPHER A. DENARDO     on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com
      DANIELLE BOYLE-EBERSOLE     on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      DAVID H. LIPOW     on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
      JOSEPH L QUINN     on behalf of Joint Debtor A. Christine  Giordano CourtNotices@sjr-law.com
      JOSEPH L QUINN     on behalf of Debtor Tobias B. Schoenwandt CourtNotices@sjr-law.com
      JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Deutsche Bank National Trust Company bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
      STEPHEN J ROSS     on behalf of Plaintiff Christine  Giordano CourtNotices@SJR-Law.com
      STEPHEN J ROSS     on behalf of Joint Debtor A. Christine  Giordano CourtNotices@SJR-Law.com
      STEPHEN J ROSS     on behalf of Plaintiff Tobias B. Schoenwandt CourtNotices@SJR-Law.com
      STEPHEN J ROSS     on behalf of Debtor Tobias B. Schoenwandt CourtNotices@SJR-Law.com
      STEPHEN M HLADIK     on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 shladik@hoflawgroup.com, debersole@hoflawgroup.com
      THOMAS I. PULEO     on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                        TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 13

Tobias B. Schoenwandt and A. Christine Giordano                 : Case No. 12–13474–mdc

    Debtor(s)

### ORDER
_____

    AND NOW, this day , August 7,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                    By The Court

                    Magdeline D. Coleman
                    Judge , United States Bankruptcy Court