IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br> Tobias B. Schoenwandt,<br>A.  Christine Giordano<br>aka A Christine Schoenwandt,<br><br>            Debtors. | Bankruptcy No. 12-13474-mdc<br><br>Chapter 13<br><br>Doc. No. 5-1 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and

Authorize Filing of Replacement Proof of Claim (claim number 5-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim

number 5-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as Claim 5-1

on the Claims Register forthwith and replace the incorrectly redacted documents with the remediated

documents provided.

Dated: _February 3, 2020_____

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE