United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-13474-mdc
Tobias B. Schoenwandt                                           Chapter 13
A. Christine Giordano
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Feb 03, 2020
                              Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.
```
db/jdb         +Tobias B. Schoenwandt,    A. Christine Giordano,    1120 N. Woodbine Ave,
                 Penn Valley, PA 19072-1245
12747832       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               WAMU Mortgage Pass-Through Certificates Series 2005-AR13 agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
               on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust Company, as
               trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series
               2005-AR13 debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               dlipow@obbblaw.com,    crodriguez@obbblaw.com
              HAROLD N. KAPLAN    on behalf of Creditor    PNC BANK NA hkaplan@rasnj.com
              JOSEPH L QUINN    on behalf of Joint Debtor A. Christine  Giordano CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Tobias B. Schoenwandt CourtNotices@rqplaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              STEPHEN J ROSS    on behalf of Plaintiff Christine  Giordano CourtNotices@rqplaw.com
              STEPHEN J ROSS    on behalf of Joint Debtor A. Christine  Giordano CourtNotices@rqplaw.com
              STEPHEN J ROSS    on behalf of Plaintiff Tobias B. Schoenwandt CourtNotices@rqplaw.com
              STEPHEN J ROSS    on behalf of Debtor Tobias B. Schoenwandt CourtNotices@rqplaw.com
              STEPHEN M HLADIK    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               shladik@hoflawgroup.com,    pfranz@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 18
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Tobias B. Schoenwandt,<br>A. Christine Giordano<br>aka A Christine Schoenwandt,<br><br>Debtors. | Bankruptcy No. 12-13474-mdc<br><br>Chapter 13<br><br>Doc. No. 5-1 |
|---|---|

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 5-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 5-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as Claim 5-1 on the Claims Register forthwith and replace the incorrectly redacted documents with the remediated documents provided.

Dated: February 3, 2020

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE